1  MATTHEW L. LARRABEE (No. 97147)
   matthew.larrabee@dechert.com
2  DECHERT LLP
   One Maritime Plaza
3  Suite 2300
   San Francisco, California 94111-3513
4  Telephone: 415.262.4500
   Facsimile: 415.262.4555
5
   Attorneys for Defendants
6  OPPENHEIMER CALIFORNIA MUNICIPAL
   FUND; OPPENHEIMERFUNDS, INC.;
7  OPPENHEIMERFUNDS DISTRIBUTOR,
   INC.; JOHN V. MURPHY; BRIAN W.
8  WIXTED; RONALD H. FIELDING; DANIEL
   G. LOUGHRAN; SCOTT S. COTTIER;
9  and TROY E. WILLIS

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| ROBERT RIVERA, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPPENHEIMER CALIFORNIA MUNICIPAL FUND; OPPENHEIMERFUNDS, INC.; OPPENHEIMERFUNDS DISTRIBUTOR, INC.; BRIAN F. WRUBLE; JOHN V. MURPHY; BRIAN W. WIXTED; DAVID K. DOWNES; MATTHEW P. FINK; ROBERT G. GALLI; PHILLIP A. GRIFFITHS; MARY F. MILLER; JOEL W. MOTLEY; RUSSELL S. REYNOLDS, JR.; PETER I. WOLD; RONALD H. FIELDING; DANIEL G. LOUGHRAN; SCOTT S. COTTIER and TROY E. WILLIS,<br><br>Defendants. | Case No. 09-cv-00567 SI<br><br>Action filed February 6, 2009<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME (N.D. Cal. Civ. L.R. 6-2, 6-3, and 7-12)<br><br>Dep't:   Courtroom 10, 19th Floor<br>Judge:   Hon. Susan Illston |

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. RE EXT. OF TIME & INITIAL CASE MGM'T CONF.          09-CV-01184 SI

WHEREAS, plaintiff, through his counsel, filed a purported class action complaint (the "Complaint"), against among others, Oppenheimer California Municipal Fund, OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., John V. Murphy, Brian W. Wixted, Ronald H. Fielding, Daniel G. Loughran, Scott S. Cottier, and Troy E. Willis (collectively, "Defendants") in the above-referenced matter on or about February 6, 2009;

WHEREAS, pursuant to the Case Management Conference Order, the Initial Case Management Conference is scheduled for June 23, 2009;

WHEREAS, to date, similar purported class action complaints have been filed in the Northern District of California against the Defendants, namely: *Tackmann v. Oppenheimer California Municipal Fund*, No. 09-cv-1184-SI (filed March 18, 2009), *Stephen Lowe v. Oppenheimer California Municipal Fund*, No. 09-cv-1243-SI (filed March 23, 2009), and *Kenneth Milhem v. Oppenheimer California Municipal Fund*, No. 09-cv-1414-VRW (filed March 31, 2009) (collectively the "Other California Actions");

WHEREAS, plaintiffs and their respective counsel in this action and in the Other California Actions have yet to file any motions for Appointment of Lead Plaintiff and Lead Counsel pursuant to the Private Securities Litigation Reform Act ("PSLRA"), including Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1;

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the procedural requirements of the PSLRA and Defendants presently intend to file motions to dismiss which would trigger a stay of discovery under the PSLRA;

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties to this action and the Court prior to the filing of motion(s) for appointment as Lead Plaintiff and the possible consolidation of this Complaint with the Other California Actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the parties to this action have agreed, in the interim prior to the appointment of Lead Plaintiff and subject to the Court's approval, to an extension of time for Defendants to respond to the Complaint or any superseding complaint; and

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments or defenses otherwise available to the parties to this action, including, but not limited to, any challenge to the assertion of personal jurisdiction over one or more of the Defendants and the right to revisit the timing of the below-referenced pleadings and motions once Lead Counsel is designated by the Court.

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Defendants shall have no obligation to respond to the individual Complaint filed in the above-captioned action;

2. Lead Plaintiff shall have forty five (45) days after entry of the order appointing Lead Plaintiff to file a consolidated amended complaint ("Consolidated Amended Complaint");

3. Defendants shall file and serve any answer(s) or motion(s) to dismiss within thirty (30) days of service of the Consolidated Amended Complaint;

4. Defendants agree to waive service of process. This stipulation shall not be deemed to waive any defense other than as to sufficiency of service of process.

Dated: April 9, 2009

Respectfully submitted,

SPARER LAW GROUP
ALAN W. SPARER
MARC HABER
JAMES S. NABWANGU

By: /s/ Marc Haber
MARC HABER
100 Pine Street, 33rd Floor
San Francisco, CA 94111-5128
Telephone: 415.217.7300
Facsimile: 415-217-7307
asparer@sparerlaw.com

Counsel for Named Plaintiff
ROBERT RIVERA

DECHERT LLP
MATTHEW L. LARRABEE

By: /S/
MATTHEW L. LARRABEE
One Maritime Plaza, Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555
matthew.larrabee@dechert.com

Counsel for Defendants
OPPENHEIMER CALIFORNIA
MUNICIPAL FUND;
OPPENHEIMERFUNDS, INC.;
OPPENHEIMERFUNDS
DISTRIBUTOR, INC.; JOHN V.
MURPHY; BRIAN W. WIXTED;
RONALD H. FIELDING; DANIEL G.
LOUGHRAN; SCOTT S. COTTIER;
and TROY E. WILLIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____    _____/s/ Susan Illston_____
HONORABLE SUSAN ILLSTON

The case management conferences in all cases shall be continued to 9/25/09 @ 2:30 p.m. A joint case management conference statement shall be filed one week prior to the conference.